2012 JUL -5 PM 3: 27

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.: 08CR0989-BTM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JAVIER GARCIA-SANCHEZ et. al., | ) | |
| Defendants. | ) | |

The Court has reviewed the United States' *Ex Parte* Application for Order Directing Non-Disclosure of Potential Impeachment Information.

Based on that application, and for good cause shown,

IT IS ORDERED that the United States provide as discovery to defendants a copy of a Los Angeles Times Article dated April 26, 1990 entitled "Lawsuit Accuses Escondido Officers of Theft" (In Camera Exhibit 1), and the transcripts of the traverse proceedings in People v. John Henry Aldridge, CR 117516 (In Camera Exhibits 18 through 20).

IT IS FURTHER ORDERED that the remaining materials submitted in camera need not be disclosed pursuant to Brady v. Maryland, 373 U.S. 83, 87 (1963), and Giglio v. United States, 405 U.S. 150 (1972).

IT IS FURTHER ORDERED that the United States' *Ex Parte* Application, and attachments, with the exception of Exhibits 1 and 18 through 20, shall be sealed until further court order.

IT IS FURTHER ORDERED that this order shall not be sealed, and a copy shall be provided to defense counsel.

DATED: July 6, 2012

*[signature]*

HON. BARRY TED MOSKOWITZ, CHIEF JUDGE
United States District Court